# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MARCELO FONSECA BENITEZ (01),<br><br>                    Defendant. | CASE NO. 12CR0056-L<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

__x__    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

__X__    of the offense(s) of: <u>21:841(a); 18:2 - Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting.</u>

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 01/26/12

RUBEN B. BROOKS
UNITED STATES DISTRICT JUDGE

ENTERED ON _____